UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUNETH WAAS | CIVIL ACTION |
| VERSUS | NO. 08-4334 |
| KK SHIPPING MARITIME ET AL | SECTION "S" |

The scheduling order entered on April 6, 2010 (document #83) is amended to reflect that the trial shall commence **with** a jury. All other aspects of the order shall remain the same.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

Issued for the court by:

Cesyle Nelson
Case Manager - Section "S"
504-589-7680